# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: ) Case No.: A16-50146-CRM
)
Kenneth Davis ) Judge: C. Ray Mullins
)
_____ ) Chapter: 13

Debtor(s)

## Motion to Reopen Case

I Kenneth Davis file this Motion to reopen this case due to the fact I did not recieve any notices of Motions or payments to my case. I mailed a money order to this court by certified mail # 7015 0920 0002 1006 7530 on Feb 25th, 2016 after doing a search on pacer and calling the clerk of Bankruptcy Court to inform me that my case was not set up yet so no filing fees can be determined at this time.

Dated: 2/29/2016    Signature: Kenneth Davis

Printed Name: Kenneth Davis

Address: 1835 Logan Ridge Circle
Loganville, GA 30052

Phone: 404 775-1031

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2016 FEB 29 AM 9:12
REGINA THOMAS, CLERK
DEPUTY CLERK

```
=========================================
              LOGANVILLE
             4160 LOGAN DR
              LOGANVILLE
                  GA
               300529998
              1252030268
 02/25/2016   (800)275-8777    3:42 PM
=========================================
=========================================
Product                Sale        Final
Description            Qty         Price

Dom M.O. -                        $310.00
Value
   (Serial#:23301275343)
Dom M.O. Fee                        $1.25
_____
Total                             $311.25
_____
Cash                              $312.00
Change                             ($0.75)


*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************


   All sales final on stamps and postage
      Refunds for guaranteed services only
          Thank you for your business

            HELP US SERVE YOU BETTER

          TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

                     Go to:
          https://postalexperience.com/Pos

         840-5300-0497-004-00008-02135-02

              or scan this code with
                your mobile device:
```



```
             or call 1-800-410-7420.

                YOUR OPINION COUNTS
```

```
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

ATLANTA GA 30303     OFFICIAL USE

Postage              $    $3.45
Certified Fee             $0.00          Postmark
Return Receipt Fee        $0.00          Here
(Endorsement Required)                   FEB 25 2016
Restricted Delivery Fee   N/A
(Endorsement Required)                   02/25/2016
Total Postage & Fees $    $1.20          USPS
                          $4.65

Sent To  United States Bankruptcy Court
Street & Apt. No.,
or PO Box No.  75 Ted Turner Dr. S.W.
City, State, ZIP+4  Atlanta, GA 30303

PS Form 3800, July 2014     See Reverse for Instructions

7015 0920 0002 1006 7530

Total                              $4.65
Paid by:
Cash                              $10.00
Change Due:                       -$5.35

@@ Text your tracking number to
28777 (2USPS) to get the latest
status. Standard Message and Data
rates may apply. You may also visit
USPS.com USPS Tracking or call
1-800-222-1811.
*****************************************
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
*****************************************
*****************************************

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*****************************************
*****************************************

Bill#:1000903860731
Clerk:11

All sales final on stamps and postage
 Refunds for guaranteed services only
        Thank you for your business
-----------------------------------------

            HELP US SERVE YOU BETTER

          TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Kenneth Davis )
) Case No: 16-50146-crm
)
) Chapter 13
)
)
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the **29** day of **Feb**, 20**16**, I served a copy of **Motion to Reopen Case** which was filed in this bankruptcy matter on the **29** day of **Feb**, 20**16**

Mode of service (check one):   ☒ MAILED      ◯ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: Feb. 29th, 2016

Signature: Kenneth Davis

Printed Name: Kenneth Davis

Address: 1835 Logan Ridge Circle
Loganville, GA 30052

Phone:

(Generic Certificate of Service – Revised 4/13)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, this 29th day of February, 2016, served all parties the within and foregoing by placing a true and correct copy of the same in the United States mail, with first-class postage affixed thereto, properly addressed as follows:

BAYVIEW LOAN SERVICING LLC
Registered Agent,
Corporation Service Company
40 Technology Pkwy S #300
Norcross, GA 30092

Jody Charles Campbell
Rubin Lublin, LLC
3740 Davinci Court, Suite150
Peachtree corners, GA 30092

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Kenneth Davis
DEBTOR